Applifp
3/98

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DON RHEW | ) |
| | ) |
| Plaintiff, | ) 1:04CV340 |
| | ) 05-6107; 05-6189 |
| v. | ) |
| | ) |
| THEODIS BECK | ) |
| | ) |
| Defendant(s). | ) |

FILED JUN 27 2005

## ORDER ON APPLICATION TO PROCEED
## ON APPEAL WITHOUT PREPAYMENT OF FEES

Having considered the application to proceed on appeal without prepayment of fees under Fed. R. App. P. 24 and 28 U.S.C. § 1915.

**IT IS ORDERED** that the application is:

☒ **GRANTED.**

☐ **DENIED**, because:

    ☐ The applicant does not qualify as a pauper.

    ☐ The appeal is clearly frivolous and not taken in good faith based on a review of the issues sought to be raised on appeal and a review of the judgment or order from which an appeal is sought.

_/s/ Russell A. Eliason_
United States ~~District~~ Magistrate Judge

June _____, 2005